# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**HARIETTA S. FINLEY,**

                **Plaintiff,**

**-vs-**                                        **Case No. 6:08-cv-1968-Orl-22GJK**

**U.S. POSTMASTER GENERAL,**

                **Defendant.**

_____

## ORDER

This cause is before the Court on the Application to Proceed Without Prepayment of Fees (Doc. No. 2) filed on November 20, 2008.

The United States Magistrate Judge has submitted a report recommending that the Application be denied and the Complaint be dismissed without prejudice.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1.      The Report and Recommendation filed February 17, 2009 (Doc. No. 6) is ADOPTED and CONFIRMED and made a part of this Order.

2.      The Application to Proceed Without Prepayment of Fees (Doc. No. 2) is DENIED.

3.      This case is DISMISSED WITHOUT PREJUDICE.

4.      The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on March 9, 2009.

Copies furnished to:

Harietta S. Finley, *pro se*

ANNE C. CONWAY
United States District Judge